UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
D-300 Frank M. Johnson, Jr. Federal Courthouse
One Church Street
Montgomery, Alabama 36104

TRUMAN M. HOBBS
Senior District Judge

(334) 954 3750
August       2004

The Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D. C. 20544


Re:   Calendar Year 2003 Filing
      Your letter dated July 9, 2004

---

Part VII, page 4, line 6 - reported CY 2002 on page 4, lines 2/3.

Part VII, page 26, line 7 (Trust No. 6):  reported in CY 2002 on page 25, lines 16/17.

These purchases of Merrill Lynch (STRIDES) (Cisco) were a little unusual in that M. Lynch retained the right to acquire the stock for a price, a "few" dollars more than the purchase prices.  If the stocks were selling for less than the option price for M. Lynch to purchase, it would not exercise the options.  In these cases, it did not.  The stocks were retained *or released by M. Lynch to me*.

VII, page 11, line 11:  Delete entries in Column C. Typo error. SLM was purchased by mistake by stock broker.  Broker was supposed to purchase Smucker JM Co New which I still own.

VII, page 15, line 9:  Typo error.  Column C(2) should read T rather than R.

VII, page 17, lines 8 and 11:   Omission error.  D(3) should have shown value code K for both lines 8 and 11.

VII, page 23, line 3:  Typo error.  D(3) should have read Value Code J.

Truman M. Hobbs

Enc. original and 3 copies

| 1. Person Reporting *(Last name, first, middle initial)* HOBBS, Truman M. | 2. Court or Organization USDC (MD Al) | 3. Date of Report 5/7/04 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U S District Judge – Senior Status | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _X_ Annual ___ Final | 6. Reporting Period 1/1/03 – 12/31/03 |

| 7. Chambers or Office Address U S Courthouse 1 Church St Suite D-300 Montgomery AL 36104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |

Director and officer of charitable foundation (Hobbs Foundation). I am co-trustee of Trusts 5 and 6. I have no financial interests in the trusts.

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |

Profit-sharing plan with former law firm. Distribution commenced in 1991 based on life expectancy of sixteen years, or death. No control.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| ☒ NONE (No reportable non-investment income.) | | |
|---|---|---|
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| ☒ NONE (No reportable non-investment income.) | |
|---|---|
| 1 | |
| 2 | |

RECEIVED FINANCIAL DISCLOSURE OFFICE MAY 11 10 41 AM '04

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| Merrill Lynch CMA MF | A | I/D | L | T | | | | | |
| MUNICIPAL BONDS: | | | | | | | | | |
| Dothan AL 6.25% 9/1/07 | C | Int | L | T | | | | | |
| Baldwin Cty AL B/Ed 6/1/08 5.20% | B | " | K | " | | | | | |
| Mtgy Al Wts 5.10% 11/1/09 | C | " | | | Redeemed | 5/1 | L | D | |
| Ala St Pub Sch & Coll 5.12% 11/1/16 | B | " | K | T | | | | | |
| Un Ala UN Rev Aux 6/1/13 5.375% | A | " | J | " | | | | | |
| Houston Cty AL Hlth Cre 5.50% 10/1/13 | A | " | | | Called | 10/8 | J | A | |
| Ala Drkg Wtr Fin 4.80% 8/15/16 | C | " | L | " | | | | | |
| Ala Wtr Pltn Ctr 4.75% 8/15/18 | B | " | K | " | | | | | |
| Un Ala Un Rev Gen Bham 5% 10/1/20 | B | " | K | " | | | | | |
| Mtgy Cty AL Wts 3.65% 11/1/14 | A | " | K | " | | | | | |
| Mobile Cty AL Brd Sch Comm 5.125% 3/1/2( | B | " | K | " | | | | | |
| Un AL Univ Revs 4% 10/1/18 | A | " | K | " | Bought | 4/29 | K | | |
| COMMON STOCKS Koninkl Phil E | B | Div | L | " | | | | | |
| SouthTrust Bank | C | " | M | " | | | | | |
| Merck | A | " | K | " | | | | | |
| Medco Health Sol (spinoff from Merck) | | None | J | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| COMMON STOCKS - ctd | | | | | | | | | |
| Conoco Phillips | B | Div | K | T | | | | | |
| Corning, Inc. | | None | | | Sold | 1/7 | K | D | |
| Unova Inc | | None | J | T | Bought | 12/22 | J | | |
| Baxter Int PFD STOCK | B | Int | K | T | Bought | 1/8 | K | | |
| Duke Energy COMMON STK | | None | L | T | Bought | 10/16 | L | | |
| Colg Palm COMMON STK | A | Div | K | T | BOUGHT | 10/10 | K | | |
| M Lynch 8% STRIDES (Cisco) | B | Int | | | EXPIRED UNEXERCISED | 10/23 | K | | |
| Cisco COMMON STOCK RETD | | None | K | T | | | | | |
| M Lynch 9% STRIDES (Sun Mic) | B | Int | | | EXPIRED UNEXERCISED | 11/3 | J | | |
| Sun Micro | | None | | | SOLD | 12/22 | J | | |
| MUTUAL FUNDS | | | | | | | | | |
| M Lynch Muni Inter Term Fd D | D | I/D | N | T | | | | | |
| M L Muni Enh Fd | E | " | N | " | | | | | |
| ML Munivest Fd | D | " | M | " | | | | | |
| MUNICIPAL BONDS | | | | | | | | | |
| Mobile AL Wtr 1/1/04 5% | B | Int | M | T | | | | | |
| Ala Hsg Fin 4/1/04 5.15% | A | " | K | " | Part called | 4/1 | J | | |
| Hoover AL Rfdg Wtrs 3/1/06 4.80% | B | " | | | Called | 3/3 | K | A | |
| Mtgy AL Med Jckson 3/1/06 5.40% | C | " | K | " | | | | | |
| Mobile AL IDB Shell 11/1/06 5.75% | C | " | K | " | | | | | |

1   Income/Gain Codes:   A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
    (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2   Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
    (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3   Value Method Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
    (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| MUNICIPAL BONDS - ctd | | | | | | | | | |
| Ala Mtl Hlth 5/1/07 5.10% | C | Int | K | T | | | | | |
| Ala State Gen 5/1/07 5.45% | C | " | | | Called | 5/1 | L | B | |
| Mobile AL IDB SC 6/1/07 5.875% | B | " | K | T | | | | | |
| Etowah Cty AL B/Ed 7/1/o7 5% | B | " | L | " | | | | | |
| Mobile Cty AL K/Sch 3/1/08 5% | B | " | K | " | | | | | |
| Auburn Un AL 4/1/08 5.25% | B | " | | | Called | 6/10 | K | A | |
| Ala Hs Fin SF 10/1/08 5.70% | C | " | K | " | Part called | 4/1 & 10/1 | K | | |
| Un Al B/Ttees 10/1/08 5.20% | C | " | K | " | | | | | |
| Huntsvi Al Wtr 11/1/08 6.125% | C | " | | | Called | 11/3 | K | A | |
| Huntsvi Al Hlth 6/1/09 5% | C | " | K | T | | | | | |
| Lauderdale Cty HCA 7/1/09 5.50% | B | " | K | " | | | | | |
| Mtgy Al Wtrs 11/1/09 5.10% | A | " | | | Called | 5/1 | J | A | |
| Huntsvi Mdsn Cty AL 7/1/11 4.75% | B | " | K | " | | | | | |
| Ala Jud Bldg Athy 1/1/14 5.75% zero cpn | | None | K | T | | | | | |
| Ala Wtr Poll Ctl 8/15/15 4.75% | B | Int | K | " | | | | | |
| Bham Al Arpt Athy 5.25% 7/1/2005 | C | " | K | " | | | | | |
| NOTE: Previously shown in error as 5.15% 4/1/04 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| **MUNICIPAL BONDS - ctd** | | | | | | | | | |
| Un Al Un Rev Gen 1 FGIC 4.75% 10/1/05 | B | Int | K | T | | | | | |
| 2 Mtgy AL BMC Spc Care 4.20% 11/15/06 | C | " | L | " | | | | | |
| 3 Huntsvi Al Hlth Care 5.50% 6/1/08 | C | " | K | " | | | | | |
| 4 Al HFA SF Rev 5.60% 4/1/11 | D | " | L | " | Part Called | 4/1 & 10/1 | & J | | |
| 5 Mobile Cty AL Wtrs 5.30% 8/1/12 | C | " | K | " | | | | | |
| 6 Mtgy AL BMC Spl Care 5.25% 11/15/13 | B | Int | K | T | | | | | |
| 7 Ala St Docks Dept 10/1/09 5.10% | C | " | L | " | | | | | |
| 8 Mobile AL IDB Pltn Ctl 4/1/10 4.75% | B | " | K | " | | | | | |
| 9 Ala Drnkg Wtr F Athy 4.70% 8/15/12 | B | " | K | " | | | | | |
| 10 Ala HFA S Fam 6.05% 4/1/13 | C | " | L | " | Part Called | 4/1 & 10/1 | K | | |
| 11 Autauga Cty AL B/Ed 5.50% 4/1/19 | B | " | K | " | | | | | |
| 12 Homewood AL Edl Bldg Samford 4.30% 12/1/10 | B | " | K | " | | | | | |
| 13 Autauga Cty AL Pub Bldg 4.85% 6/1/15 | B | " | K | " | | | | | |
| 14 Auburj AL Wts G/O 5% 1/1/22 | B | " | K | " | | | | | |
| 15 Ala HFA SFM Rev 4/1/12 4.4% | B | " | K | " | | | | | |
| 16 Lee Co AL Ltd Ob SchWts 2/1/05 6% | C | " | K | T | Bought | 3/4 | K | | |
| 17 Cullman CtyAL Wtr Rev 3.6% 5/1/11 | B | " | K | T | Bought | 3/11 | K | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, MUNICIPAL BONDS – ctd | | | | | | | | | |
| Madison CoAL B/Ed Cap 4.1% 9/1/15 | B | Int | K | T | Bought | 3/26 | K | | |
| Madison Co Ala B/Ed Cap 4.3% 9/1/17 | B | " | K | " | Bought | 3/26 | K | | |
| Troy AL Wts 4.4% 8/1/18 | B | " | K | " | Bought | 9/18 | K | | |
| Florence AL Wts Ser B 4.375% 9/1/19 | B | " | K | " | Bought | 9/30 | K | | |
| Homewood AL B/Ed Cap 4.5% 2/1/20 | A | " | K | " | Bought | 3/20 | K | | |
| Madison CTY AL B/Ed 4.6% 9/1/20 | B | " | K | " | Bought | 3/26 | K | | |
| MUTUAL FUNDS: | | | | | | | | | |
| MFS Ala Mun Bd A | D | Div | M | T | | | | | |
| Jundt Growth A | | None | K | T | | | | | |
| Putnam FD G & I | B | Div | L | T | | | | | |
| CLOSED END FUNDS: Templeton Dragon | C | Div | L | T | | | | | |
| TriContinental | D | " | N | " | | | | | |
| MUTUAL FUND: Citibank Nevada Bank Dept Program | B | D/I | M | T | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| Coorstek | | None | | | Sold | 3/18 | K | E | |
| Air Products | C | Div | M | T | | | | | |
| Wyeth | D | " | M | " | | | | | |
| ATT | A | " | K | " | Part | 2003 | | A | |
| AT&T ~~XQXQXXXX~~ Wireless | | None | J | " | Surrendered | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000

2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
   (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income) COMMON STOCKS - ctd | | | | | | | | | |
| BP Amoco (name changed to BP PLC Spons ADR | D | Div | M | T | | | | | |
| Bell South | D | " | M | " | Part Sold | 10/15 | K | E | |
| Br My Squibb | E | " | O | " | | | | | |
| Campbell Soup | C | " | M | " | | | | | |
| Chevron-Texaco | C | " | L | " | | | | | |
| Broadwing Inc (name changed back to | | | | | | | | | |
| Cincinnati Bell) | | None | K | " | | | | | |
| Coca Cola | D | Div | O | T | | | | | |
| Compass Banc | E | " | Pl | " | | | | | |
| Eastman Chem | B | " | K | " | | | | | |
| Eastman Kodak | A | " | K | " | | | | | |
| EDS | A | " | K | " | | | | | |
| Exxon Mobil | D | " | N | " | | | | | |
| Fannie Mae | C | " | M | " | | | | | |
| Ford Motor | B | " | L | " | | | | | |
| Gen Electric | D | " | N | " | | | | | |
| Gen Motors | C | " | L | " | | | | | |

1 Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2 Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 (See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market (See Col. C2) U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, COMMON STOCKS – ctd | | | | | | | | | |
| 1 Harrahs Ent | C | Div | M | T | | | | | |
| 2 Hartford Fin Ser | B | " | L | " | | | | | |
| 3 ITT Ind | A | " | K | " | | | | | |
| 4 IBM | B | " | M | " | | | | | |
| 5 Johnson & Johnson | D | " | O | " | | | | | |
| 6 La Pacific | A | " | L | " | | | | | |
| 7 Lucent Tech | | None | | | Sold | 12/29 | J | | |
| 8 MeadWestVaco | D | Div | M | T | | | | | |
| 9 Mondavi R Corp | | None | K | T | | | | | |
| 10 PPG | C | Div | M | T | | | | | |
| 11 Conoco Phillips | C | " | M | " | | | | | |
| 12 Hilton | A | " | L | " | | | | | |
| 13 Raytheon Co New | A | " | J | " | | | | | |
| 14 Regions Fin | E | " | P1 | " | | | | | |
| 15 Roche Hldg Ltd | B | " | M | " | | | | | |
| 16 SBC Comm | C | " | L | " | | | | | |
| 17 St. Jude Medical | | None | N xxx | " | | | | | |

1. Income/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
   (See Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=More than $5,000,000
2. Value Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
   (See Col. C1, D3)     N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000
                        P3=$25,000,001-$50,000,000     P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
   (See Col. C2)     U=Book value     V=Other     W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, common stocks - dtd | | | | | | | | | |
| 1  Sara Lee | C | Div | M | T | | | | | |
| 2  SCANA | C | " | M | " | | | | | |
| 3  El Paso Energy | A | " | | | Sold | 12/29 | J | | |
| 4  SouthTrust Corp | E | " | O | T | | | | | |
| 5  Suntrust Bank | D | " | O | " | | | | | |
| 6  Synovus Fin | D | " | M ΩX XX | " | | | | | |
| 7  Trinity Ind | A | " | L | " | | | | | |
| 8  Wachovia Corp 2nd New | D | " | N | " | | | | | |
| 9  Pfizer | D | " | N | " | | | | | |
| 10  Williams Cos Inc | A | " | L | " | | | | | |
| 11  Winn Dixie Stores | A | " | K | " | | | | | |
| 12  Citigroup | B | " | K | " | | | | | |
| 13  Travelers Prpty Cas Class A | A | " | | | Sold | 9/26 | J | A | |
| 14  Travelers Prpty Cas Class B | A | " | | | Sold | 9/26 | J | A | |
| 15  Convergys Corp | | None | L | T | | | | | |
| 16  Colonial Ptys Tr SBI | D | Div/CG | M | T | | | | | |
| 17  Walt Disney Hldg | A | Div | K | T | | | | | |
|    Weyerhaeuser* | B | Div | K | T | | | | | |

*Apparently omitted from Disclosure Report for Year 2002 in error. Same valu

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, COMMON STOCKS - ctd | | | | | | | | | |
| 1 Delphi Auto Sys | A | Div | J | T | | | | | |
| 2 Ionics Inc | | None | K | " | | | | | |
| 3 Zimmer Hldgs Inc | | None | M | " | | | | | |
| 4 | | | | | | | | | |
| 5 Compass Bank | E | I/D | O | T | | | | | |
| 6 Sterling Bank | A | Int | K | T | | | | | |
| 7 COMMON STOCKS | | | | | | | | | |
| 8 Berkshire Hway Cl B | | None | K | T | Bought 3/11 K | | | | |
| 9 Duke Energy Corp | | None | L | " | Bought 10/15 L | | | | |
| 10 Newell Rubbermaid | A | Div | L | " | Bought 9/25 L | | | | |
| 11 SLM Corp | A | Div | K | T | Bought 7/22 K Sold 12/16 J | | | | |
| 12 Smucker JM Co New | | None | K | T | Bought 12/16 K | | | | |
| 13 REAL ESTATE: | | | | | | | | | |
| 14 Yates Lake land - unimpro land in Elmore Cty AL; | | | | | | | | | |
| 15 purchased in 1969, 1976; swapped other land | | | | | | | | | |
| 16 in 1998 for total interest of 33 percent; purchase | | | | | | | | | |
| 17 prices less than $200,000 | C | P/S | N | R | | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| REAL ESTATE - continued | | | | | | | | | |
| Waugh Farm property, Waugh AL (Mtgy Cty) purchased in 1978 45 percent — for less than $200,000 | D | P/S | L | R | | | | | |
| COMMON STOCKS: | | | | | | | | | |
| America OnLine (name changed to Time Warner) | None | | J | T | | | | | |
| Merck | A | Div | K | T | | | | | |
| Chevron Texaco | B | " | K | " | | | | | |
| WalMart | A | " | M | " | Bought more L 4/16, 9/8 & 12/11 | | | | |
| Amer Intl Group | | None | K | " | Bought 12/30 K | | | | |
| Berkshire Hath Cl B | | None | K | " | Bought 12/11 K | | | | |
| Cardinal Health | | None | L | " | Bought 10/22 L | | | | |
| SouthernCo | A | Div | K | " | Bought 10/22 K | | | | |
| Pfizer Inc | A | Div | K | " | Bought 5/13 K | | | | |
| Compass Banc | A | " | K | " | Bought 4/16 K | | | | |
| Colonial Properties | A | " | J | " | Bought 1/31 J | | | | |
| Regions Fin | A | " | J | " | Bought 1/31 J | | | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   E=$15,001-$50,000
  (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
  (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
  (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| **MUNICIPAL BONDS:** | | | | | | | | | |
| 1 Ala Wtr Plltn Ctl 2/15/05 5.70% | B | Int | | | Redeemed | 2/18 | L | A | |
| 2 Mobile Al IDB Shell 11/1/06 5.75% | D | " | L | T | | | | | |
| 3 Ala St Un Rev Gen 5/1/07 5.45% | C | " | | | Redeemed | 5/1 | M | B | |
| 4 Auburn Un Gen Fee 6/1/08 5.25% | C | " | | | " " | 6/2 | M | D | |
| 5 Baldwin Cty AL B/E 6/1/08 5.20% | C | " | K | T | | | | | |
| 6 Huntsvi AL Wtr Sys 11/1/08 6.125% | D | " | | | Redeemed | 11/3 | M | B | |
| 7 Ala Mnt Hlth 5/1/09 5.25% | B | " | K | T | | | | | |
| 8 Un Ala Rsp Bham 10/1/10 5.50% | D | " | M | " | | | | | |
| 9 Southeast Ala Gas 3/14/14 6% | D | " | L | " | | | | | |
| 10 Ala Wtr Pltn Ctl 2/15/16 5.50% | A | " | | | Redeemed | 2/18 | K | | |
| 11 Shelby Cty AL B/E 2/1/03 4.70% | C | " | | | Matured | 2/1 | L | | |
| 12 Ala Wtr Pltn Ctl 4.75% 8/15/08 | B | " | K | T | | | | | |
| 13 Mtgy Ala BMC Spl Care 5.25% 11/15/13 | C | " | L | " | | | | | |
| 14 Russell Cty AL Wts 12/1/13 5.375% | B | " | K | " | | | | | |
| 15 Ala St Pub Sch & Coll 5.125% 11/1/14 | C | " | M | " | | | | | |
| 16 Un South Ala Hosp Aux 4.750% 5/15/10 | B | " | K | " | | | | | |
| 17 Ala St Pub Sch Coll 5.125% 11/1/10 | D | " | M | " | | | | | |

1. Income/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
   (See Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=More than $5,000,000
2. Value Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
   (See Col. C1, D3)     N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000     P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
   (See Col. C2)     U=Book value     V=Other     W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| MUNICIPAL BONDS – ctd: | | | | | | | | | |
| 1 Ala St Pub Sch & Coll 5.125% 11/1/14 | C | Int | L | T | | | | | |
| 2 Un North Ala Rev Gen 5.375% 11/1/17 | C | " | L | " | | | | | |
| 3 Albertville AL Wtrs 5% 2/1/18 | B | " | K | " | | | | | |
| 4 Ala St Pub Sch & Coll Cap Impt 5% 2/1/19 | B | " | K | " | | | | | |
| 5 Opelika Ala Wtr Wks Brd Util 5.20% 6/1/20 | B | " | K | " | | | | | |
| 6 Ala St Ser A 5% 6/1/21 | C | " | L | " | | | | | |
| 7 Cherokee Cnty AL Wtrs 4.10% 2/1/10 | B | " | L | " | | | | | |
| 8 Jefferson Cty AL Swr Rev Cap Imp Wts | | | | | | | | | |
| 9 5% 2/1/21 | B | " | L | " | | | | | |
| 10 Ala 21st Ctry at Tob Settle 5.50% 12/1/21 | C | " | K | " | | | | | |
| 11 Huntsvi Al Hlth Care Athy 5% 6/1/23 | B | " | K | " | | | | | |
| 12 Mobile Cty AL Brd Sch Commrs 5.125% 3/1/26 | B | " | K | " | | | | | |
| 13 Cullman Cty AL Wtr Rev 3.80% 5/1/12 | B | " | L | " | Bought | 2/11 | L | | |
| 14 Decatur AL Wts Ser E 4% 7/1/15 | | None | K | " | Bought | 11/13 | K | | |
| 15 Un Al Univ Revs 4% 10/1/18 | B | Int | K | T | Bought | 4/29 | K | | |
| 16 WHoover AL Rfdg 4.50% 3/1/21 | B | " | L | " | Bought | 2/11 | L | | |
| 17 ++++++++++++++++++++++++ | +++ | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| COMMON STOCKS : | | | | | | | | | |
| 1 Engelhard Corp | B | Div | L | T | | | | | |
| 2 Goodyear Tire | | None | | | Sold | 9/25 | K | | |
| 3 Republic Svs Inc | B | Div | M | T | | | | | |
| 4 Visteon Corp | A | " | J | " | | | | | |
| 5 IMS Health | A | " | K | " | | | | | |
| 6 R H Connelley CorpNew | | None | J | " | | | | | |
| 7 Dun & Bradstr Corp New | | None | K | " | | | | | |
| 8 Moody's Corp | A | Div | L | T | | | | | |
| 9 Gartner Grp | | None | J | R | | | | | |
| 10 Synavant Inc | | None | | | Sold | 7/17 | J | | |
| 11 Eli Lilly | C | Div | M | T | | | | | |
| 12 Schlumberger Ltd | B | " | M | " | | | | | |
| 13 Transocean Sedco For | | None | J | " | | | | | |
| 14 SouthTrust Corp | B | Div | L | T | | | | | |
| 15 EMC Corp Mass | | None | J | T | | | | | |
| ~~Schering Plough~~ | ~~A~~ | ~~Div~~ | ~~K~~ | ~~T~~ | | | | | |
| 16 Comcast Corp New Cl A ~~Spinoff from AT&T~~ | | ~~None~~ | ~~K~~ | ~~T~~ | | | | | |
| 17 Colonial Pptys Reit | B | Div | L | T | Bought | 5/29 | L | | |
| Coehn & Steers Reit MF | A | Div | K | T | Bought | 6/24 | K | | |

1 Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
  (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
  (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
  P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3 Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
  (See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code1 (A-H) | B (2) Type (e.g. div., rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| MF:MuniEnhanc Fd | E | Div | M | T | | | | | |
| MF: ML Muni Interm | | | | | | | | | |
| Term Fd | D | Div | N | T | | | | | |
| ML CMA Money Fund | B | I/D | N | T | | | | | |
| TRUSTS (Trustee is Northern Trust Co) | | | | | | | | | |
| Trust No. 1 | G | D/I | O | T | | | | | |
| Trust No. 2 | F | " | " | T | | | | | |
| Trust No. 3 | F | " | " | " | | | | | |
| Trust No. 4 | G | " | " | " | | | | | |
| MF: S Barney Money Fund – transferred to following Bank Deposit Program: | | | | | | | | | |
| Citibank NA | A | Int | L | T | | | | | |
| Citibank Nevada | A | " | L | " | | | | | |
| As of 12/31, the following bank deposit programs had been liquidated at various times during | | | | | | | | | |
| the year to comply with FDIC coverage: Citibank FSB | A | Int | None | | | | | | |
| Citibank New York St | | None | None | | | | | | |
| Citicorp Trust Bank, FSB | A | Int | None | | | | | | |
| LIMITED PARTNERSHIPS: | | | | | | | | | |
| Fernway Partners, LLC | A | Dist | J | T | | | | | |
| Pekin Partners, LLC | A | " | " | " | | | | | |
| Nicoya Partners. LLC | A | " | " | " | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| LIMITED PARTNERSHIPS - ctd | | | | | | | | | |
| 1 Onwentsia Fund LTD P | F | Dist | P1 | T | | | | | |
| 2 Ioka Fund Ltd P'ship | G | " | " | " | | | | | |
| 3 Ala Fund Ltd P'ship | G | " | P2 | " | | | | | |
| 4 =============================================== | | | | | | | | | |
| Common stock: Berkshire | | | | | | | | | |
| 5 Hathaway Cl B | | None | L | T | Bought | 3/11 | L | | |
| 6 MUNICIPAL BONDS | | | | | | | | | |
| 7 Cullman Cty AL Wtr Rev 3.6% 5/1/11 | A | Int | K | T | Bought | 3/11 | | K | |
| 8 Madison Ct AL B/Ed 4.3% 9/1/17 | A | " | " | " | Bought | 3/26 | | | |
| 9 Troy AL Wts 4.40% 8/1/18 | A | " | " | " | Bought | 9/18 | | K | |
| 10 Homewood AL B/Ed 4.5% 2/1/20 | A | " | " | " | Bought | 3/20 | | K | |
| 11 Madison Cty AL B/Ed 4.6% 9/1/20 | A | " | " | " | Bought | 3/26 | | | |
| 12 =============================================== | | | | | | | | | |
| 13 TRUST NO. 5 | G | D/I | P2 | T | | | | | |
| 14 MUNICIPAL BONDS | | | | | | | | | |
| 15 - Ala St Pub Sch 4.75% 12/1/03 | | | | | Matured | 12/1 | | J | |
| 16 - Mtgy Al Pub Hsg 5.5% 2/1/05 | | | | | | | | | |
| 17 - Bham Bap Med Ctr 5.4% 11/15/06 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

### VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, | | | | | | | | | |
| TRUST NO. 5 - ctd - Municipal bonds - ctd | | | | | | | | | |
| 1 - Un Sou Al Hsp 5% 5/15/07 | | | | | | | | | |
| 2 - MTGY AL Med Clinic 5.5% 3/1/08 | | | | | | | | | |
| 3 - Bessemer AL Med Cl 5.5% 5/15/08 | | | | | | | | | |
| 4 - Un Ala Un Rv Hsp 5.20% 10/1/08 | | | | | | | | | |
| 5 - Mobile Cty AL Ws Fire 5.25% 9/1/09 | | | | | | | | | |
| 6 - Jeff Cty Al Brd Cap 5.4% 2/15/10 | | | | | Redeemed | 2/18 | K | B | |
| 7 - Fort Payne AL Wtr Wks 5.3% 7/1/11 | | | | | | | | | |
| 8 - Auburn AL Un 5.25% 6/1/13 | | | | | Redeemed | 6/2 | L | | |
| 9 - Bham Bap Med 5% 8/15/13 | | | | | | | | | |
| 10 - Warrior Ri Al Wtr 5.3% 8/1/13 | | | | | Redeemed | 8/1 | K | B | |
| 11 - Tuscaloosa Cty AL B/E 5.30% 2/15/15 | | | | | | | | | |
| 12 - Un South Al Un 5% 11/15/15 | | | | | | | | | |
| 13 - Mobile AL Wts 5% 2/15/16 | | | | | | | | | |
| 14 - Russellvi AL Wts 5.625% 12/1/17 | | | | | | | | | |
| 15 - Hoover AL Rdg Wts 5% 3/1/20 | | | | | Redeemed | 3/3 | K | B | |
| 16 - Ala Agr & Mech 5.5% 11/1/20 | | | | | | | | | |
| 17 - Limestone Cty AL Wtr 5.25% 12/1/20 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| TRUST NO. 5 - ctd - MUNICIPAL BONDS - ctd | | | | | | | | | |
| - Ala Drnkg Wtr Fin Athy 4.80% 8/15/15 | | | | | | | | | |
| - Huntsvi AL Hlth Care 5% 6/1/17 | | | | | | | | | |
| - Mtgy AL Edl Bldgs 5% 10/1/23 | | | | | | | | | |
| - Auburn Un AL URG 5.25% 6/1/13 | | | | | Redeemed | 6/2 | J | | |
| - Mtgy AL BMC Spl Cr 5.25% 11/15/15 | | | | | | | | | |
| - Jeff Cty AL B/Ed 4.75% 2/15/18 | | | | | Sold | 12/2 | L | C | |
| - Huntsvi AL Wts 4.75% 11/1/18 | | | | | | | | | |
| - Lauderdale Cty & Fl AL HCA 5.25% 7/1/19 | | | | | | | | | |
| - Ala St Pub Sch & Coll 5.125% 11/1/14 | | | | | | | | | |
| - Jeff Cty AL Sch Wts 5.50% 2/15/20 | | | | | | | | | |
| -Jeff Cty AL B/Ed 5.80% 2/15/20 | | | | | | | | | |
| - Mtgy AL BMC Spl Cr 4.875% 11/15/18 | | | | | | | | | |
| - Orange Bch AL Wtr Swr 5% 5/15/23 | | | | | | | | | |
| - Orange Bch AL Wtr/Swr 5.125% 5/15/28 | | | | | | | | | |
| - Mtgy AL BMC Spl Cr 5% 11/15/29 | | | | | | | | | |
| - Ala St Pub Sch & Clg 4.25% 11/1/18 | | | | | | | | | |
| - Ala St Ser A OID 4.30% 9/1/19 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000

2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| TRUST NO. 5 - ctd - MUNICIPAL BONDS - ctd | | | | | | | | | |
| 1 - Ala 21st Ctry AT Tob Stlmt 5.70% 12/1/19 | | | | | Redeemed | 12/2 | K | | |
| 2 - Jeff Cty AL Swr Rev 5% 2/1/32 | | | | | | | | | |
| 3 - Jeff Co AL Swr Rev 5% 2/1/32 | | | | | | | | | |
| 4 - Auburn Un AL Revs 4% 10/1/16 | | | | | Bought | 7/18 | K | | |
| 5 - Morgan Cty AL B/Ed 4.4% 3/1/22 | | | | | Bought | 3/14 | K | | |
| 6 ========================================================= | | | | | | | | | |
| 7 ========================================================= CORPORATE BONDS: | | | | | | | | | |
| 8 - NM Household Fin Corp 7.40% 9/15/12 | | | | | | | | | |
| 9 - NM Gen Mtrs Accept 7.25% 9/15/17 | | | | | | | | | |
| 10 ========================================================= COMMON STOCKS | | | | | | | | | |
| 11 - Wyeth | | | | | | | | | |
| 12 - BP Amoco (now BP PLC) | | | | | | | | | |
| 13 - Archer Daniels Midld | | | | | Sold | 12/2 | L | E | |
| 14 - Bell South | | | | | | | | | |
| 15 - Progress Energy | | | | | | | | | |
| 16 - American Electric | | | | | Sold | 12/2 | K | | |
| 17 - Chevron Texaco | | | | | Bought More | 6/9 | K | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt. Code1 (A-H) | Type (e.g. div. rent or int.) | Value Code2 (J-P) | Value Method Code3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,) | | | | | | | | | |
| TRUST NO. 5 - ctd: COMMON STOCKS - ctd | | | | | | | | | |
| - Dow Jones Co Inc | | | | | | | | | |
| - Halliburton | | | | | | | | | |
| - EDS Corp | | | | | | | | | |
| - EnergenCorp | | | | | | | | | |
| - Exxon Mobile | | | | | | | | | |
| - WachoviaCorp New | | | | | | | | | |
| - Flowers Foods Inc | | | | | | | | | |
| - TriContinental Corp | | | | | | | | | |
| - Verizon | | | | | | | | | |
| - General Electric | | | | | | | | | |
| - Centerpoint Energy | | | | | Sold | 12/2 | J | | |
| - IBM | | | | | | | | | |
| - Jefferson Pilot | | | | | | | | | |
| - Eli Lilly | | | | | | | | | |
| - Louisiana Pac | | | | | Sold | 12/2 | L | D | |
| - Merck | | | | | | | | | |
| - Minnesota Mining (called 3M Companh) | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001- $100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001- $100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, TRUST NO. 5 – ctd; COMMON STOCKS CTD | | | | | | | | | |
| 1 - Imation | | | | | | | | | |
| 2 - Excel Energy | | | | | | | | | |
| 3 - Illinois Tool Works | | | | | | | | | |
| 4 - Procter & Gamble | | | | | | | | | |
| 5 - Royal Dutch | | | | | | | | | |
| 6 - Russell Corp | | | | | Sold Sold | 12/2 | J | | |
| 7 - SBC Comm | | | | | | | | | |
| 8 - El Paso Energy | | | | | | | | | |
| 9 - Southern Co | | | | | | | | | |
| 10 - SouthTrust Corp | | | | | | | | | |
| 11 - Synovus Fin | | | | | | | | | |
| 12 - Tupperware Corp | | | | | | | | | |
| 13 - Teco Energy | | | | | Sold | 12/2 | K | | |
| 14 - Citigroup | | | | | | | | | |
| 15 - Travelers Ppty Cas Corp | | | | | | | | | |
| 16 - Wachovia Corp New | | | | | | | | | |
| 17 - Colonial Pptys T SBI AL | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 | |
| 2. Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, TRUST NO. 5 - ctd; common stocks - ctd | | | | | | | | | |
| - J M Smucker | | | | | | | | | |
| - Medco Health Solutions | | | | | spinoff from Merck in 2003 | | | | |
| | | | | | SOLD | 12/2 | C | B | |
| ================================ | | | | | | | | | |
| Pfd Stock: Baxter Intl 7% conv | | | | | Bought | 3/3 | K | | |
| - Texas Genco Holdings common stock | | | | | Bought | 1/10 | J | | |
| - Johnson & Johnson common stock | | | | | Bought | 6/9 | J | | |
| - Cohen & Steers REIT and PFD Inc Fd | | | | | Bought | 6/24 | K | | |
| ================================ | | | | | | | | | |
| MF: John Hancock GBL Tech CL A | | | | | Part sold 12/2 | | J | | |
| MF: Templeton World FdCL L | | | | | | | | | |
| MF: Van Kampen Amer Cap Comstock CL A | | | | | | | | | |
| MF: DNP Select Income Fd | | | | | | | | | |
| ================================ | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| TRUST NO. 6 | F | D/I | P1 | T | | | | | |
| - M Lynch CMF MF | | | | | | | | | |
| MUNICIPAL BONDS: | | | | | | | | | |
| -Tuscaloosa Cty AL B/E 5.5% 2/1/09 | | | | | Redeemed | 8/1 | J | A | |
| - Ala Wtr Plltn Ctl 5.125% 8/15/09 | | | | | | | | | |
| - Mtgy AL Wts 5.10% 11/1/09 | | | | | Redeemed | 5/1 | J | B | |
| - Auburn Un Ala Revs 5.25% 6/1/13 | | | | | Redeemed | 6/2 | K | A | |
| - Bham AL Spl Care 5.50% 6/1/14 | | | | | Redeemed | 6/3 | K | B | |
| - Bham Jeffrsn AL CGA 0 cpn 9/15/15 | | | | | | | | | |
| - Ala St Pub Sch - Clg Authy 5.125% 11/1/15 | | | | | | | | | |
| - Auburn AL Sch Wts 5% 8/1/22 | | | | | | | | | |
| - Univ AL Univ Revs 4% 10/1/16 | | | | | Bought | 7/13 | J | | |
| ================================== | | | | | | | | | |
| CORPORATE BONDS | | | | | | | | | |
| - NM Household Fin Corp 7.4% 9/15/12 | | | | | | | | | |
| - NM Gen Mtrs Accept 7.25% 9/15/17 | | | | | | | | | |
| ================================== | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, TRUST NO. 6 - ctd | | | | | | | | | |
| 1 COMMON STOCKS | | | | | | | | | |
| 2 - Abbott Labs | | | | | | | | | |
| 3 - Cardinal Health | | | | | | | | | |
| 4 - Arvin Meritor | | | | | | | | | |
| 5 - Baxter Intl | | | | | | | | | |
| 6 - Compass Banc | | | | | | | | | |
| 7 - Coca Cola | | | | | | | | | |
| 8 - General Mills | | | | | | | | | |
| 9 - Kellogg Co | | | | | | | | | |
| 10 - Caremark | | | | | | | | | |
| 11 - Pfizer | | | | | | | | | |
| 12 - Phillip Morris (now Altria) | | | | | | | | | |
| 13 - Regions Bank | | | | | | | | | |
| 14 - El Paso Energy | | | | | | | | | |
| 15 - Suntrust Bank | | | | | | | | | |
| 16 - Elan Corp PLC | | | | | | | | | |
| 17 - Schlumberger Ltd | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| HOBBS, Truman M. | 5/7/04 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, TRUST NO. 6 - ctd; COMMON STOCKS - ctd | | | | | | | | | |
| 1 - SouthTrust | | | | | | | | | |
| 2 - Edwards Life Sciences | | | | | | | | | |
| 3 - Transocean Sedco For | | | | | | | | | |
| 4 - Intel Corp | | | | | | | | | |
| 5 -Nortel Ntwks Corp | | | | | | | | | |
| 6 - M Lynch 8% STRIDES (Cisco) | | | | | Expired Unexercised | 10/23 | K | | |
| 7 (I.e. cond pur of comm stock) - Cisco Systems Com Stock Retd | | | | | | | | | |
| 8 - Johnson & Johnson | | | | | Bought | 6/9 | J | | |
| 9 - Cohen & Steers REIT & PFD Income FD | | | | | Bought | 6/24 | J | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  (See Col.B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  (See Col.C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3 Value Method Codes: O=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  (See Col. C2)  U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOBBS, Truman M. | 5/7/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████          Date     May 7, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544